


[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

JC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

JUN 01 2023 AXK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Mayo

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Officer Harney
John Doe (Sergeant)

1:23-cv-03471
Judge John J. Tharp, Jr
Magistrate M. David Weisman
PC 7
DIRECT

Case _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

  X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
       28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Michael Cooper Mayo

B. List all aliases: N/A

C. Prisoner identification number: 20181127027

D. Place of present confinement: Cook County Jail

E. Address: 2700 South Califorina Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Cook County Sheriff

Place of Employment: Cook County Dept. Of Corrections

B. Defendant: Officer Harney

Title: CCDOC Officer

Place of Employment: Cook County Jail

C. Defendant: John Doe (Sergeant)

Title: Sergeant

Place of Employment: Cook County Dept. Of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart, et al. 21-CV-04653

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Cooper Mayo

D. List all defendants: Larry Gavin, Karen Jones-Hayes, Damita Delitz, Brendon Lombardi, Director Miller, Officer Buchanan, Thomas Dart and LT. Douge

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal court (Northern District Eastern Division)

F. Name of judge to whom case was assigned: Hon John J. Tharp Jr.

G. Basic claim made: Failure to Protect, Excessive Force and Retaliation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart 21-CV-05014

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Cooper Mayo

D. List all defendants: Thomas Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court (Northern District Eastern Division)

F. Name of judge to whom case was assigned: Hon. M. David Weisman

G. Basic claim made: COVID-19 Exposure

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart, et al. 23-CV-02599

B. Approximate date of filing lawsuit: 2023

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Cooper Mayo

D. List all defendants: Tom Dart, Officer Parker, Ramond Williams

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court (Northern District Easton Division)

F. Name of judge to whom case was assigned: Hon. John J. Tharp Jr.

G. Basic claim made: ADA violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Mayo V. Dart, et al. 23-CV-03004

B. Approximate date of filing lawsuit: 2023

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Cooper Mayo

D. List all defendants: Tom Dart, Officer Vereen, Neil Burnsteen

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court (Northern District Eastern Division)

F. Name of judge to whom case was assigned: Hon John J. Thorp Jr.

G. Basic claim made: Failure to protect

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Since my need for a wheelchair, I have never been properly secured in the Cook County Sheriffs handicap van when transported. Although, I have never been secured properly in the wheelchair in the handicap van, I have never been blue boxed, shackled and leg shackled to the wheelchair. With my hands and legs free, although it is still very dangerous, I am able to use my arms and legs to brace myself on turns, stops and accelerations. On April 10, 2023 I was being transported to court, (which was a mistake and really set for April 14, 2023) in a Cook County Sheriffs handicap accessible van (Van #8382). There was a officer by the name Harney and a white shirt (Sergeant) who had his name plate covered. I was blue boxed, shackled and leg shackled to the wheelchair. Officer Harney made a one point contact to the left rear wheel of the wheelchair and locked the lever brakes on each wheel. This was not the proper way to secure a wheelchair

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in a handicap van. As mentioned earlier when not blue boxed and shackled I was able to use my arms and legs to brace myself on turns, stops and accelerations. Unfortunately, this time I was not able to do ~~nothing~~ anything because my hands were blue boxed, shackled and legs shackled to the wheelchair. As we were driving, officer Harney took the turn for the Rolling Meadows exit. During this turn my wheelchair flipped over to the left wedging my head against the window. At this point the wheelchair with me in it was balancing only on the left rear wheel, while the right wheel was off the ground. I began screaming for help, but the officer continued to drive for what seemed like forever. All the while I was trying to brace my neck against the left side of the van to prevent sliding further down and causing more injuries. Once we pulled into the Rolling Meadows garage, I was laying on my left side ~~&~~ on the floor of the van trapped and in pain. The two officers got out the van and tried to help me (Both officers had their body cameras on and recording) Since I was shackled and blue boxed to the wheelchair

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

it took the officers a while to up right the wheelchair and unshackle me. Upon my return to the Cook County Jail, I requested medical attention. I was transported to Cermak where I was seen by doctor Yu. No x-rays were taken and I was told I was fine. I was given pain meds and sent back to division 8/3F. Since this incident I have had continued pain in my neck, left shoulder and left wrist. Tom Dart shares responsibilty as the Sheriff of Cook County. Tom Dart must know that his officers are not properly trainned on how to secure wheelchairs in handicap vans and that his handicap vans are not supplied with the proper straps to secure wheelchairs. Tom Dart is also responsible for endorcing a policy of blue boxing, shakling and leg shakling inmates in wheelchairs.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking compensatory, punitive and nominal damages. Also any awards the court finds proper and just.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of May, 20 23

Michael Cooper Mayo
(Signature of plaintiff or plaintiffs)

Michael Cooper Mayo
(Print name)

2018 1122027
(I.D. Number)

530 East 88th Street
Chicago, IL 60619
(Address)

# Exhibit A

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

CONTROL # 
Individual In Custody SHORT #

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** (! Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☑ Non-Compliant Grievance

(1 of 3)

- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Mayo
**PRINT - FIRST NAME:** Michael
**BOOKING NUMBER:** 2018 1127027
**DIVISION:** 8
**LIVING UNIT:** 3F
**DATE:** April 11, 2023

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DATE OF INCIDENT:** April 10, 2023
**TIME OF INCIDENT:** 10:00AM - 2:00PM
**SPECIFIC LOCATION OF INCIDENT:** Division 8/3F
**NAME and/or IDENTIFIER(S) OF ACCUSED:** Tom Dart, Officer Harney, Sergeant (unknown)

On April 10, 2023 I was being transported to court in a handicap accessible van (van # 8382). There was a officer by the name Harney and a white shirt (Sergeant) who had his name plate covered. I was shackled and blue boxed to my wheelchair. Officer Harney made one point of contact to the left rear wheel of the wheelchair. As we were driving, officer Harney took the turn for the Rolling Meadows exit. During this turn my wheelchair flipped over to the left wedging my head

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** Body camera / Officer Harney

**SIGNATURE of Individual in Custody:** Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** D Wilson
**SIGNATURE:** [signature]
**DATE CRW RECIEVED:** 4/12/23

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** 
**SIGNATURE:** 
**DATE REVIEWED:** 

(FCN-58)(MAR 22)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

(2 of 3)

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**CONTROL #:**
**INMATE ID #:**

**PRINT - INMATE LAST NAME** (Apellido del Preso): Mayo
**PRINT - FIRST NAME** (Primer Nombre): Michael
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20181127027
**DIVISION** (División): 8
**LIVING UNIT** (Unidad): 3F
**DATE** (Fecha): April 11, 2023

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): April 10, 2023
**REQUIRED - TIME OF INCIDENT** (Horad del Incidente): 10:00AM - 2:00PM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Division 8/3F
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): Tom Dart, Officer Harney, Sergeant (Unknown)

in between the window and the wheelchair. I began screaming for help but the officer continued to drive. All the while I was trying to brace my neck against the window to prevent further injury. Once we pulled into the Rolling Meadows garage the two officers got out the van and tried to help me (Both officers had their body camera on and recording). Since I was shackled and blue boxed to the wheelchair it took the officers a while to up right the wheelchair and

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Body camera/Officer Harney

**INMATE SIGNATURE:** Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** D. Wilson
**SIGNATURE:** D.W.
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 4.12.23
**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)





# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡Para ser llenado solo por el personal de Inmate Services!)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: _____

*(3 of 3)*

| Field | Entry |
|---|---|
| PRINT – INMATE LAST NAME: | Mayo |
| PRINT – FIRST NAME: | Michael |
| INMATE BOOKING NUMBER: | 20181127027 |
| DIVISION: | 8 |
| LIVING UNIT: | 3F |
| DATE: | April 11, 2023 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED – DATE OF INCIDENT | REQUIRED – TIME OF INCIDENT | REQUIRED – SPECIFIC LOCATION OF INCIDENT | REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| April 10, 2023 | 10:00 AM 2:00 PM | Division 8/3F | Tom Dart, Officer Harney, Sergeant (unknown) |

...unshackle me. Upon my return to the Cook County Jail, I requested medical attention. I was transported to Cermak where I was seen by doctor Hu. No x-rays were taken and I was told I was fine. I was given pain meds and sent back to division 8/3F. This morning April 11, 2023 I woke to a very sore neck and limited range of motion and a sore abdomen. I submitted a medical slip on April 11, 2023, requesting further medical treatment.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Body Camera / Officer Harney

**INMATE SIGNATURE:** Michael Mayo

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| D. Wilson | [signature] | 4.12.23 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

**CONTROL NUMBER:** 2023X0592 0
**Individual In Custody SHORT #:** 794313
**PRINT: CRW LAST NAME:** Wilson

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Mayo
**Individual In Custody FIRST NAME:** Michael
**BOOKING ID #:** 20181127027

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 350 trans for laan

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/REFERRED THIS GRIEVANCE TO:** Lxo + Duty
**DATE REFERRED:** 4/19/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

IIC received Medical Attention in div RTU dispensary. Lt Davies (RTU) informed.

**PERSONNEL RESPONDING TO GRIEVANCE:** [illegible]
**SIGNATURE:** [signature]
**DIV./DEPT.:** RTU
**DATE:** 4/21/23

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

**INDIVIDUAL IN CUSTODY SIGNATURE:** Michael Mayo
**DATE RESPONSE WAS RECEIVED:** May 9 2023

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:**
**DATE OF APPEAL REQUEST:** May 9 2023

I did receive medical attention, but I still have neck pain. I should have been properly secured in the van and this would have never happened. My neck and shoulder are still recovering from this incident.

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
Yes  **No** (circled)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original response to stand. IIC should follow-up with medical directly for alleged health issue.

**IIC SERVICES DIRECTOR/DESIGNEE:** [illegible]
**SIGNATURE:** [signature]
**DATE:** 5/12/23

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** MAY 15 2023

(FCN-89)(AUG 22)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Michael Cooper Mayo
20181127027
2700 South California
Chicago, IL 60608

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St, 20th Floor
Chicago, IL 60604

06/01/2023-4

Mayo, M-3F