**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Michael Mayo (20181127027), | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 CV 03471 |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Tom Dart, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr. upon the Court's initial review

pursuant to 28 U.S.C. 1915A, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Officer Harney and Joh Doe, and against

plaintiff Michael Mayor. Defendants shall not recover costs from plaintiff.


Dated: October 6, 2023

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge